UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Rocca-Krisanda, Susan J.

Case No.: 19-22860
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __September 10, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 4 Kelsey Farm Road
Milford, NJ
FMV - +/-$ 594,000.00

Liens on property: Select Portfolio Svcs+/-  $ 549,976.94

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $-0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Susan K. Rocca-Krisanda  
    Debtor

Case No. 19-22860-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 09, 2019  
    Form ID: pdf905    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db            +Susan K. Rocca-Krisanda,    9 Pinehurst Drive,    Washington, NJ 07882-1546
518328148      American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
518328150     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
518328151     +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
518328153     +Brian C. Nicholas, Esq.,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
               Westmont, NJ 08108-2812
518328156     +Chase Card,    P.O. Box 15369,    Wilmington, DE 19850-5369
518328157     +Citibank N.A.,    P.O. Box 6181,    Sioux Falls, SD 57117-6181
518328159     +Darin S. Portnoy, Esq.,    Schachter Portnoy, LLC,    3490 U.S. Route 1,
               Princeton, NJ 08540-5920
518328160     +Deerfield Homeowners Association,    P.O. Box 223,    Milford, NJ 08848-0223
518328167     +Jennifer L. Dering, Esq.,    Tenaglia & Hunt, P.A.,    395 W. Passaic Street,    Suite 205,
               Rochelle Park, NJ 07662-3016
518328168     +Select Portfolio Servicing,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518328164    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    P.O. Box 790084,    Saint Louis, MO 63179)
518328172     +Unity Bank,    Cardmember Service,    P.O. Box 108,    Saint Louis, MO 63166-0108
518328173     +Wells Fargo/Bobs Furniture,    P.O. Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:53    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518328149      E-mail/Text: g20956@att.com Aug 10 2019 01:16:31    AT&T Mobility,    P.O. Box 6416,
               Carol Stream, IL 60197-6416
518328152     +E-mail/Text: rreithmeier@thebeneficial.com Aug 10 2019 01:13:50    Beneficial Bank,
               1818 Market Street,    Philadelphia, PA 19103-3628
518328155      E-mail/Text: bankruptcy@cavps.com Aug 10 2019 01:16:13    Cavalry Portfolio Services,
               P.O. Box 27288,    Tempe, AZ 85285
518328154     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:15
               Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
518328158     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 01:15:22    Comenity Bank/Victoria,
               P.O. Box 182789,    Columbus, OH 43218-2789
518328161     +E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 01:14:52    Dept. of the Treasury,
               Internal Revenue Service,    P.O. Box 120053,    Stop 840F,    Covington, KY 41012-0053
518328163     +E-mail/Text: mrdiscen@discover.com Aug 10 2019 01:13:59    Discover Fin Svcs LLC,
               P.O. Box 15316,    Wilmington, DE 19850-5316
518328165     +E-mail/Text: fggbanko@fgny.com Aug 10 2019 01:14:03    Glenn S. Garbus, Esq.,
               Law Offices of Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
518328166     +E-mail/Text: bankruptcy@affglo.com Aug 10 2019 01:15:55    Global Credit & Collection Corp.,
               5440 N. Cumberland Avenue,    Suite 300,    Chicago, IL 60656-1486
518328169     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:04    Syncb/Care Credit,
               950 Forrer Blvd,    Kettering, OH 45420-1469
518328170     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:04    Syncb/Wal-Mart DC,
               P.O. Box 965024,    Orlando, FL 32896-5024
518328808     +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:05    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518328171      E-mail/Text: bankruptcy@td.com Aug 10 2019 01:15:57    TD Bank N.A.,    70 Gray Road,
               Portland, ME 04105
                                                                                              TOTAL: 15
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518328162*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Dept. of the Treasury,    Internal Revenue Service,    P.O. Box 219236,
               Stop P-4 5050,    Kansas City, MO 64121-9236)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 09, 2019
                              Form ID: pdf905          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
           ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Karina Pia Lucid    on behalf of Debtor Susan K. Rocca-Krisanda klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
           Citibank, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```