**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Susan K. Rocca–Krisanda | Social Security number or ITIN xxx–xx–3029 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22860–KCF | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Susan K. Rocca–Krisanda
aka Susan K. Rocca

<u>10/4/19</u>                                             **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-22860-KCF
Susan K. Rocca-Krisanda                                             Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 04, 2019
                              Form ID: 318             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Susan K. Rocca-Krisanda,    9 Pinehurst Drive,    Washington, NJ 07882-1546
518328153      +Brian C. Nicholas, Esq.,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518328157      +Citibank N.A.,    P.O. Box 6181,   Sioux Falls, SD 57117-6181
518328159      +Darin S. Portnoy, Esq.,    Schachter Portnoy, LLC,    3490 U.S. Route 1,
                 Princeton, NJ 08540-5920
518328160      +Deerfield Homeowners Association,     P.O. Box 223,   Milford, NJ 08848-0223
518328167      +Jennifer L. Dering, Esq.,    Tenaglia & Hunt, P.A.,    395 W. Passaic Street,    Suite 205,
                 Rochelle Park, NJ 07662-3016
518328168      +Select Portfolio Servicing,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
518328172      +Unity Bank,   Cardmember Service,    P.O. Box 108,   Saint Louis, MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518328149       EDI: CINGMIDLAND.COM Oct 05 2019 04:08:00      AT&T Mobility,    P.O. Box 6416,
                 Carol Stream, IL 60197-6416
518328148       EDI: AMEREXPR.COM Oct 05 2019 04:08:00      American Express,    P.O. Box 297879,
                 Fort Lauderdale, FL 33329-7879
518328150       EDI: BANKAMER.COM Oct 05 2019 04:08:00      Bank of America,    P.O. Box 982238,
                 El Paso, TX 79998
518328151      +EDI: TSYS2.COM Oct 05 2019 04:08:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
518328152      +E-mail/Text: bankruptcy@wsfsbank.com Oct 05 2019 00:42:55      Beneficial Bank,
                 1818 Market Street,   Philadelphia, PA 19103-3628
518328155       E-mail/Text: bankruptcy@cavps.com Oct 05 2019 00:44:49      Cavalry Portfolio Services,
                 P.O. Box 27288,   Tempe, AZ 85285
518328154      +EDI: CAPITALONE.COM Oct 05 2019 04:08:00      Capital One Bank USA, N.A.,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
518328156      +EDI: CHASE.COM Oct 05 2019 04:08:00      Chase Card,    P.O. Box 15369,
                 Wilmington, DE 19850-5369
518328158      +EDI: WFNNB.COM Oct 05 2019 04:08:00      Comenity Bank/Victoria,    P.O. Box 182789,
                 Columbus, OH 43218-2789
518328161      +EDI: IRS.COM Oct 05 2019 04:08:00      Dept. of the Treasury,    Internal Revenue Service,
                 P.O. Box 120053,   Stop 840F,   Covington, KY 41012-0053
518328163      +EDI: DISCOVER.COM Oct 05 2019 04:08:00      Discover Fin Svcs LLC,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
518328165      +E-mail/Text: fggbanko@fgny.com Oct 05 2019 00:43:37      Glenn S. Garbus, Esq.,
                 Law Offices of Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
518328166      +E-mail/Text: bankruptcy@affglo.com Oct 05 2019 00:44:27      Global Credit & Collection Corp.,
                 5440 N. Cumberland Avenue,    Suite 300,   Chicago, IL 60656-1486
518328169      +EDI: RMSC.COM Oct 05 2019 04:08:00      Syncb/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
518328170      +EDI: RMSC.COM Oct 05 2019 04:08:00      Syncb/Wal-Mart DC,    P.O. Box 965024,
                 Orlando, FL 32896-5024
518328808      +EDI: RMSC.COM Oct 05 2019 04:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518328171       EDI: TDBANKNORTH.COM Oct 05 2019 04:08:00      TD Bank N.A.,    70 Gray Road,
                 Portland, ME 04105
518328164       EDI: USBANKARS.COM Oct 05 2019 04:08:00      Elan Financial Service,    P.O. Box 790084,
                 Saint Louis, MO 63179
518328173      +EDI: WFFC.COM Oct 05 2019 04:08:00      Wells Fargo/Bobs Furniture,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518328162*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Dept. of the Treasury,    Internal Revenue Service,    P.O. Box 219236,
                 Stop P-4 5050,   Kansas City, MO 64121-9236)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Oct 04, 2019
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
           ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Karina Pia Lucid    on behalf of Debtor Susan K. Rocca-Krisanda klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
           Citibank, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6
```